```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                      AT BLUEFIELD
```

UNITED STATES OF AMERICA

v.                                    CRIMINAL NO. 1:24-00195

WILL ADRIAN SAMUELS

## MEMORANDUM OPINION AND ORDER

At defendant's plea hearing, on August 26, 2025, the court took up defendant's motion to reopen detention hearing and directed the probation office to evaluate defendant's proposed residence upon release and to update the pretrial services report to reflect the same.  Defendant did so and the court has reviewed the new pretrial services report.  Defendant proposes to live with his parents at their home in Port Arthur, Texas.  The home was found suitable for release on the condition that all firearms are removed from the residence.  Accordingly, the court released defendant on bond and that paperwork has been completed.  Therefore, insofar as this case is concerned, the court **ORDERS** defendant be released from custody on **September 17, 2025, at 1:00 p.m.**

The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record, the United States Marshal for the Southern District of West Virginia, and the Probation Department of this court.

**IT IS SO ORDERED** this 17th day of September, 2025.

ENTER:

David A. Faber
Senior United States District Judge