IN THE UNITED STATES DISTRICT COURT a
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BLUEFIELD

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:24-00195

WILL ADRIAN SAMUELS

### MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to direct the United States Marshals Service ("USMS") to arrange for the non-custodial transportation or preauthorization of funds for defendant to travel to his upcoming sentencing hearing. (ECF No. 27).

> Any judge or magistrate judge of the United States, when ordering a person released under chapter 207 on a condition of his subsequent appearance before that court, . . . may, when the interests of justice would be served thereby and the United States judge or magistrate judge is satisfied, after appropriate inquiry, that the defendant is financially unable to provide the necessary transportation to appear before the required court on his own, direct the United States marshal to arrange for that person's means of noncustodial transportation or furnish the fare for such transportation to the place where his appearance is required, and in addition may direct the United States marshal to furnish that person with an amount of money for subsistence expenses to his destination . . . .

18 U.S.C. § 4285; see also United States v. Holohan, NO. 5:07-CR-117-4-BR, 2007 WL 9662731, at *1 (E.D.N.C. Dec. 28, 2007). Based upon the particulars of defendant's financial affidavit, the information provided at the plea hearing, and the

representations made in defendant's motion, the court is satisfied that defendant is financially unable to provide the necessary transportation to appear at this sentencing hearing. Furthermore, because defendant's presence is required at sentencing, the interests of justice would be served by ordering the USMS to arrange for his transportation.

Accordingly, defendant's motion is **GRANTED**.  The United States Marshals Service is **DIRECTED** to arrange for the non-custodial transportation or preauthorization of funds for defendant to travel from his current residence in Texas to his upcoming sentencing hearing, on December 8, 2025, in Bluefield, West Virginia.  The court also **ORDERS** the USMS to provide subsistence expenses to defendant or otherwise provide for meals while traveling to his court appearance.

The Clerk is directed to send a copy of this Memorandum Opinion and Order to counsel of record, to the United States Marshal for the Southern District of West Virginia, and to the Probation Office of this court.

**IT IS SO ORDERED** this 17th day of November, 2025.

ENTER:

David A. Faber
Senior United States District Judge